UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GARRICK D. CLOPTON, | ) |
| Petitioner, | ) |
| v. | ) Case No. 1:17-cv-1806-KOB-GMB |
| JIMMY KILGORE, *et al.*, | ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

Garrick D. Clopton, a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. 1). On January 29, 2021, the Magistrate Judge entered a report recommending that the court deny the petition. (Doc. 19). The court has received no objections.

After careful consideration of the record in this case, including the Magistrate Judge's report, the court ADOPTS the report of the Magistrate Judge and ACCEPTS his recommendations. In accordance with the recommendation, the court finds that the habeas petition should be DENIED.

The court will enter a separate Final Judgment.

The court DIRECTS the Clerk to serve a copy of this Memorandum Opinion and the accompanying Final Judgment on Petitioner

DONE and ORDERED this 3rd day of March, 2021.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE